AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wingate, Henry T | U.S.D.C. (Miss. Southern) | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 245 East Capitol St., Ste 430<br>Jackson, MS 39201 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Grinnell College, Grinnell, Iowa; Member of Board of Trustees as of May, 2000 |
| 2. Executive Committee Member | Yale Law School Executive Alumni Board, New Haven, CT; Committee Member as of September 2000 |
| 3. Adjunct Professor | Mississippi College School of Law, Jackson, MS, as of January 2001 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 27 A 11: 01 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1-11-07 | Mississippi College School of Law, Spring Semester, Complex Litigation Class, one night per week, ending May 2007 | $ 2,500. |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Public Employees Retirement System of Mississippi |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Grinnell College | June 20-23 | Chaska, Minnesota | Grinnell Board Meeting | Lodging and some meals |
| 2. | Judge Dan M. Russell | May 11-12 | Biloxi, Mississippi | Am. Heart Assoc. Gala | Lodging and some meals |
| 3. | George Mason University | July 8-11 | Sedona, Arizona | Seminar | Lodging and meals; travel allowance |
| 4. | Mississippi State Bar Assoc. | July 12-13 | Destin, Florida | Speaker at Bar Meeting | Lodging |
| 5. | Citizens for Burns | November 1-2 | Baltimore, Maryland | To give speech | Lodging; some meals; airfare |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trustmark Nat'l Bank, Jackson, MS (CDs/Savings/IRA) | C | Interest | L | T | | | | | |
| 2. Prudential Life Ins. | A | Interest | L | U | | | | | |
| 3. PaineWebber (Boston Finan. Qual. Housing Tax Credits) | | None | J | W | | | | | |
| 4. IRA-1 | | | | | | | | | |
| 5. - Rj Bank (f/k/a Money Market Mut.Fund/Heritage Cash Trust) | A | Interest | J | T | | | | | |
| 6. - Franklin/Temple Mutual     Beacon (IRA) | C | Dividend | K | T | | | | | |
| 7. Credit Interest Program | A | Interest | J | U | | | | | |
| 8. Agere Systems, Inc. | | None | | | Merger | 4/2 | | | Merged to line 9 |
| 9. Lsi Logic Corp. (f/k/a Agere Systems, Inc. | | None | J | T | Partial Sale | 4/10 | J | | |
| 10. Avaya, Inc. | | None | J | T | Sell | 10/26 | J | | |
| 11. Coca Cola Company | A | Dividend | J | T | | | | | |
| 12. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 13. General Electric Company | A | Dividend | J | T | | | | | |
| 14. Pfizer, Inc. | A | Dividend | J | T | Sell | 2/21 | J | | |
| 15. Walt Disney Company | A | Dividend | J | T | | | | | |
| 16. Citadel Broadcasting Corp. (spin-off of Walt Disney Co.) | | None | J | T | Partial Sale | 6/15 | J | | |
| 17. Franklin Temple Mutual Beacon Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Fundamental Investors Fund | B | Dividend | K | T | | | | | |
| 19.   Growth Fund of America | B | Dividend | K | T | | | | | |
| 20.   Lincoln Nat'l Legacy Ann. | | None | L | T | | | | | |
| 21.   Franklin Income Fund Class C | B | Dividend | J | T | | | | | |
| 22.   Franklin Rising Dividends Class C | A | Dividend | J | T | | | | | |
| 23.   Mutual Series Shares Class C | A | Dividend | J | T | | | | | |
| 24.   Mutual Series Discovery Class C | A | Dividend | J | T | | | | | |
| 25.   Templeton Growth Class C | A | Dividend | J | T | | | | | |
| 26.   Templeton Global Bond Fund Class C | B | Dividend | J | T | | | | | |
| 27.   Franklin Templeton China World Fund | B | Dividend | J | T | Buy | 2/22 | J | | |
| 28.   Templeton Global Smaller Companies Growth Class C | A | Dividend | J | T | Buy | 2/22 | J | | |
| 29.   IRA-2 | | | | | | | | | |
| 30.   -Rj Bank (f/k/a Money Market Mut.Fund/Heritage Cash Trust) | A | Interest | J | T | | | | | |
| 31.   -  Franklin Income Fund Class C | D | Dividend | L | T | | | | | |
| 32.   - Income Fund of       America Class C | D | Dividend | L | T | | | | | |
| 33.   REAL ESTATE: | | | | | | | | | |
| 34.   - Parcel 1, Jackson, Hinds    County, MS | | None | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | - Parcel 2, Jackson, Hinds County, MS | C | Rent | K | Q | | | | | |
| 36. | - Parcel 3, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 37. | - Parcel 4, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 38. | - Parcel 6, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 39. | - Parcel 7, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 40. | - Parcel 8, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 41. | - Parcel 9, Jackson, Hinds County, MS | C | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Personal Information: Please note that I have moved from Suite 109 to Suite 430.

Part VII. Investments and Trusts

Line 5: Money market mutual fund / Heritage Cash Trust had a name change to Rj Bank on March 24, 2007.

Line 8: Agere Systems, Inc., merged with Lsi Logic Corp. on April 2, 2007. The new name is Lsi Logic Corp. There was a partial sale of fractional shares on April 10, 2007.

Line 16: Citadel Broadcasting Corp. is a spin-off of Walt Disney Company; received some shares because of this spin-off. The fractional shares were sold. This spin-off took place in June of 2007.

Line 30: Money market mutual fund / Heritage Cash Trust had a name change to Rj Bank on March 24, 2007.

Real Estate:

Line 35: Parcel 2, Jackson, Hinds County, MS:
  Date of Appraisal: September 12, 1992

Line 37: Parcel 4, Jackson, Hinds County, MS:
  Date of Appraisal: November 20, 1992

Line 38: Parcel 6, Jackson, Hinds County, MS:
  Date of Appraisal: April 21, 1994

Line: 39: Parcel 7, Jackson, Hinds County, MS:
  Date of Appraisal: April 21, 1994

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544